# Court of Appeals
# of the State of Georgia

ATLANTA, January 27, 2017

*The Court of Appeals hereby passes the following order*

**A17D0231. RAYMON N. WALTON v. MICHAEL CUNNINGHAM et al. .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2016NH14



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, January 27, 2017.*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*